Timothy J. Fransen, WSBA #51110
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:     (503) 323-9000
Facsimile:     (503) 323-9019

Attorneys for Defendants Merchants Credit Corporation
dba Merchants Credit Association and Alexandra Paz Sandoval

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LAURA-LEE E. ROBINSON, individually and also on behalf of her two minor children,<br><br>Plaintiff,<br><br>v.<br><br>MERCHANTS CREDIT CORPORATION, d/b/a MERCHANTS CREDIT ASSOCIATION, a Washington corporation, MICHAEL GREENE, ALEXANDRA PAZ SANDOVL, and JOHN DOE SANDOVL, and their marital community,<br><br>Defendants. | Case No. 2:23-cv-1670<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

PLEASE TAKE NOTICE THAT defendants Merchants Credit Corporation dba Merchants Credit Association ("Merchants") and Alexandra Paz Sandoval (incorrectly named as "Alexandra Paz Sandovl", together, "defendants") hereby remove to this Court the state court action described below.

1.     This is a civil action over which the Court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367, because it involves claims under the Fair Debt Collection Practices Act, 15

Page 1 -     **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

U.S.C. § 1692 *et seq.*, the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.*, and transactionally related state law claims.

2.  Venue is proper in the Western District of Washington, Seattle Division, because it is the district and division embracing the place where the state court action is pending (King County).  *See* 28 U.S.C. §1441(a).

3.  Merchants purportedly was served with the Summons and Complaint on or about October 3, 2023, in the case entitled *Laura-Lee E. Robinson v. Merchants Credit Corporation dba Merchants Credit Association and Michael Greene and Alexandra Paz Sandovl and John Doe Sandovl*, Washington Superior Court, King County, case no. 23-2-18778-4 SEA.  Thus, this removal is timely.  A copy of the Summons and Complaint are filed herewith.

4.  Defendants are unaware that defendant Sandoval and defendant Greene have been served.

5.  Copies of all other documents filed in the state court action are filed herewith. Defendants are unaware of any further proceedings that have occurred in the state court action.

6.  In filing this Notice of Removal, defendants do not waive any defenses or claims, including (but not limited to) any defenses based on jurisdiction, service, or statute of limitations.

DATED:  November 1, 2023

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*
Timothy J. Fransen, WSBA #51110
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019

Attorneys for Defendants Merchants Credit Corporation dba Merchants Credit Association and Alexandra Paz Sandoval

Page 2 -   **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Dianna Caley
Dianna Caley PLLC
4055 Lk Wash Blvd. NE, Ste. 230
Kirkland, WA 98033-7891
dianna@caleypllc.com
    Attorney for Plaintiff

DATED: November 1, 2023

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019