UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LAURA-LEE E. ROBINSON, individually and also on behalf of her two minor children,<br><br>Plaintiff,<br><br>v.<br><br>MERCHANTS CREDIT CORPORATION, d/b/a MERCHANTS CREDIT ASSOCIATION, a Washington corporation, MICHAEL GREENE, ALEXANDRA PAZ SANDOVL, and JOHN DOE SANDOVL, and their marital community,<br><br>Defendants. | NO. 2:23-cv-01670-LK<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>*Clerk's Action Required* |

## STIPULATION

COME NOW the parties, by and through their attorneys of record, and hereby stipulate that all claims against Defendants may be dismissed with prejudice and without costs, and that an order dismissing those claims may be entered without notice of presentation.

DATED this 18th day of February, 2025.

STIPULATION AND ORDER OF DISMISSAL - 1



146 N Canal St
Seattle, WA 98103
(206) 409-4086
www.trucelaw.com

| | |
|---|---|
| COSGRAVE VERGEER KESTER LLP | TRUCE LAW, PLLC |
| /s/Timothy J. Fransen | *Dianna Caley* |
| Timothy J. Fransen, WSBA #51110 | Dianna Caley, WSBA #23413 |
| *Attorney for Defendants Merchants Credit Corporation and Alexandra Sandoval* | *Attorney for Plaintiff* |

### ORDER OF DISMISSAL

Pursuant to the above stipulation, it is hereby ORDERED that all claims in the above-captioned matter are hereby dismissed in their entirety with prejudice and without costs.

DATED this  21st  day of February, 2025.

*Lauren King*

*Honorable Lauren King*

*Approved as to form,*
*Notice of presentation*
*waived:*

*Dianna Caley*

Dianna Caley, WSBA #23413
146 N Canal St.
Seattle, WA 98103

STIPULATION AND ORDER OF DISMISSAL - 2

truce
146 N Canal St
Seattle, WA 98103
(206) 409-4086
www.trucelaw.com

206.409.4086
dianna@trucelaw.com
*Presented by:*

COSGRAVE VERGEER KESTER LLP

/s/Timothy J. Fransen
Timothy J. Fransen, WSBA No. 51110
tfransen@cosgravelaw.com
Attorneys for Defendants Merchants Credit
Corporation and Alexandra Sandoval

STIPULATION AND ORDER OF DISMISSAL - 3

truce
146 N Canal St
Seattle, WA 98103
(206) 409-4086
www.trucelaw.com